UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SUZANNE DIEHL, ET AL.

    Plaintiffs

    v.

LANDMARK RECOVERY OF
CARMEL, LLC,

    Defendant.

Case No. 3:23-CV-863-CCB-ALT

## **ORDER**

This matter is before the Court following Magistrate Judge Andrew Teel's report

and recommendation (ECF 163). Judge Teel recommended that the court dismiss the

claims of Plaintiffs Marcus McElroy, April McElroy, Joseph Underwood, Tylor Young,

Michael Romero, Mariah Patterson, Jacob Shreve, and Travis Bates with prejudice

pursuant to Federal Rule of Civil Procedure 16(f)(1) and 41(b) and the Court's inherent

power to manage its own affairs as a result of their failure to attend a show-cause

hearing on April 1, 2026 (ECF 155, 160) and comply with the Court's Discovery Orders

(ECF 101, 114, 137).

With no objection to the well-reasoned report and recommendation, the Court

**ADOPTS** the report in its entirety and incorporates Magistrate Judge Andrew Teel's

recommendations into this order. (ECF 163). The Court **DISMISSES WITH**

**PREJUDICE** the claims of Plaintiffs **Marcus McElroy, April McElroy, Joseph**

**Underwood, Tylor Young, Michael Romero, Mariah Patterson, Jacob Shreve, and Travis Bates**.

SO ORDERED on June 15, 2026.

_/s/Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT